IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN OVERSIGHT, ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> U.S. DEPARTMENT OF DEFENSE, et al. ) </br> ) </br> Defendants. ) | Case No. 21-cv-638 |

## JOINT STATUS REPORT

Pursuant to this Court's March 8, 2022 Minute Order, the parties provide the following status update concerning the above-captioned matter.

Plaintiff American Oversight initiated this action against the U.S. Department of Defense ("DOD"), the National Guard Bureau ("National Guard"), the U.S. Army ("Army"), and the U.S. Department of Justice ("DOJ") under the Freedom of Information Act, 5 U.S.C. § 552 (FOIA), on March 10, 2021. Compl., ECF No. 1. The FOIA requests that form the basis of this complaint seek, broadly speaking, call logs for certain agency officials on January 6, 2021.

The parties have conferred regarding Defendants' processing of Plaintiff's FOIA requests. The current status for each Defendant in receipt of a FOIA request is as follows:

- **DOD.** DOD has conducted a search for records responsive to Plaintiff's FOIA request and provided a response to this request on August 31, 2021. DOD does not anticipate making any further responses to Plaintiff's FOIA request. Plaintiff is currently reviewing DOD's production.

- **National Guard.** National Guard provided a final production of records responsive to Plaintiff's FOIA request on February 17, 2022. Plaintiff is currently reviewing National

Guard's production. Searches for responsive records from the D.C. National Guard are ongoing.

- **Army.** Army has made a production of records responsive to Plaintiff's FOIA request on July 28, 2021. Army does not anticipate making any further productions in response to Plaintiff's FOIA request. Plaintiff is currently reviewing Army's production.

- **DOJ.** DOJ has completed searches and has located records responsive to Plaintiff's request. DOJ has completed the processing of this material, and provied a final response to Plaintiff's FOIA request on November 5, 2021. Plaintiff is currently reviewing DOJ's production.

Plaintiff sent counsel for Defendants questions regarding searches and certain withholdings on March 3, 2022. Defendants are currently working to address those questions, and sent a partial response on April 6, 2022.

The parties propose to file a Joint Status Report with the Court on or before May 9, 2022, updating the Court on the status of these discussions.

Dated:  April 7, 2022                                            Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Kuntal Cholera*
KUNTAL CHOLERA
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs
Branch 1100 L, NW
Washington, DC 20005
Tel.: (202) 305-8645

Fax: (202) 616-8470
Email: kuntal.cholera@usdoj.gov

*Counsel for Defendants*

 /s/ *Emma Lewis*
Emma Lewis
D.C. Bar No. 144574

AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 919-6303
emma.lewis@americanoversight.org

*Counsel for Plaintiff*