# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERICAN OVERSIGHT, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No. 21-cv-638 |
| | ) | |
| U.S. DEPARTMENT OF DEFENSE, et al. | ) | |
| | ) | |
| | ) | |
| *Defendants.* | ) | |

## JOINT STATUS REPORT

Pursuant to this Court's May 9, 2022 Minute Order, the parties provide the following status update concerning the above-captioned matter.

Plaintiff American Oversight initiated this action against the U.S. Department of Defense ("DOD"), the National Guard Bureau ("National Guard"), the U.S. Army ("Army"), and the U.S. Department of Justice ("DOJ") under the Freedom of Information Act, 5 U.S.C. § 552 (FOIA), on March 10, 2021. Compl., ECF No. 1. The FOIA requests that form the basis of this complaint seek, broadly speaking, call logs for certain agency officials on January 6, 2021.

The parties have conferred regarding Defendants' processing of Plaintiff's FOIA requests. The current status for each Defendant in receipt of a FOIA request is as follows:

- **DOD.** DOD has conducted a search for records responsive to Plaintiff's FOIA request and provided a response to this request on August 31, 2021. DOD does not anticipate making any further responses to Plaintiff's FOIA request.

- **National Guard.** National Guard provided a final production of records responsive to Plaintiff's FOIA request on February 17, 2022. The D.C. National Guard ("DCNG") provided a final response to Plaintiff's FOIA request on May 23, 2022.

- **Army.**  Army has made a production of records responsive to Plaintiff's FOIA request on July 28, 2021. Army does not anticipate making any further productions in response to Plaintiff's FOIA request.

- **DOJ.**  DOJ has completed searches and has located records responsive to Plaintiff's request. DOJ has completed the processing of this material, and provied a final response to Plaintiff's FOIA request on November 5, 2021.

Plaintiff sent counsel for Defendants certain questions regarding Defendants' responses, including questions concerning the nature of the searches the Defendants conducted. The only outstanding question concerns the nature of the search conducted by the DCNG.

The parties propose to file a Joint Status Report with the Court on or before August 5, 2022, updating the Court on the status of the case.


Dated:  July 1, 2022                                        Respectfully submitted,


                                                    BRIAN M. BOYNTON
                                                    Principal Deputy Assistant Attorney General

                                                    ELIZABETH J. SHAPIRO
                                                    Deputy Director, Federal Programs Branch

                                                    */s/ Kuntal Cholera*
                                                    KUNTAL CHOLERA
                                                    Trial Attorney
                                                    United States Department of Justice
                                                    Civil Division, Federal Programs
                                                    Branch 1100 L, NW
                                                    Washington, DC 20005
                                                    Tel.: (202) 305-8645
                                                    Fax: (202) 616-8470
                                                    Email: kuntal.cholera@usdoj.gov

                                                    *Counsel for Defendants*

/s/ *Emma Lewis*
Emma Lewis
D.C. Bar No. 144574

AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 919-6303
emma.lewis@americanoversight.org

*Counsel for Plaintiff*